UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                File no: 1:02-CR-230

                                HON. ROBERT HOLMES BELL

GREGORY SCOTT BURNS,

    Defendant.
                                        /

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

       The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

       ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

       THEREFORE, IT IS ORDERED that:

       Defendant's community service hours required by his terms of supervised release are increased from 100 to 120 hours.

Dated:  July 12, 2007                 /s/ Robert Holmes Bell
                                                    ROBERT HOLMES BELL
                                                      CHIEF UNITED STATES DISTRICT JUDGE