UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                File No: 1:02-CR-230

                                HON. ROBERT HOLMES BELL

GREGORY SCOTT BURNS,

    Defendant.
                             /

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

       The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

       THEREFORE, IT IS ORDERED that:

       1.    The Report and Recommendation of the Magistrate Judge (docket # 52) is approved and adopted as the opinion of the Court.

       2.    Defendant's conditions of supervised release are MODIFIED that Defendant be placed into the Community Alternatives Program in Grand Rapids, Michigan, for a period of 60 days with work release privileges, and shall observe the rules of that facility.

       IT IS SO ORDERED.

Date:    August 29, 2007         /s/ Robert Holmes Bell
                                                 ROBERT HOLMES BELL
                                                 CHIEF UNITED STATES DISTRICT JUDGE